Judgment affirmed.

Robertson, J. and Buchanan, C.J. (participating by designation) concur.

NOTE—Reported at 389 N.E.2d 712.

STEVEN D. CATO *v.* STATE OF INDIANA

[No. 1-878A216. Filed May 10, 1979. Rehearing denied June 5, 1979. Transfer granted November 8, 1979.]

BOBBY GILMAN *v.* STATE OF INDIANA

[No. 1-778A214. Filed May 10, 1979. Rehearing denied June 12, 1979. Transfer denied December 7, 1979.]